### Keith BOGGS, Appellant

v.

### PENNSYLVANIA DEPARTMENT OF CORRECTIONS; Pennsylvania Department of Probation and Parole and the State Correctional Institution at Graterford Superintendent David Digugliemo, Appellees.

Supreme Court of Pennsylvania.

June 15, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 15th day of June, 2009, the Order of the Commonwealth Court is **AFFIRMED.**